**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 217 WAL 2023

             Respondent           :

                                       :     Petition for Allowance of Appeal
                                       :     from the Order of the Superior Court

             v.                           :

                                                                    :

DARRIUS DANIELS,                      :

                                                          :

              Petitioner             :


## ORDER


**PER CURIAM**

      **AND NOW**, this 19th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.